IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN F RUIZ, JR.,

    Plaintiff,

  v.

Case No. 18-cv-1030-jdp

GARY BOUGHTON, SANDRA MCARDLE,
AND JOLINDA WATERMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 02/01/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |